No. 75–1782.   AFW Fabric Corp. et al. *v.* Marshel et al. C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded to consider whether case is moot.

No. 74–1589.   General Electric Co. *v.* Gilbert et al.; and

No. 74–1590.   Gilbert et al. *v.* General Electric Co. C. A. 4th Cir.   [Certiorari granted, 423 U. S. 822.]   Motion of Barnes Hospital for leave to file a brief as *amicus curiae* denied.

No. 75–442.   Poelker, Mayor of St. Louis, et al. *v.* Doe. C. A. 8th Cir.   [Certiorari granted, 428 U. S. 909]; and

No. 75–1440.   Maher, Commissioner of Social Services of Connecticut *v.* Roe et al.   Appeal from D. C. Conn. [Probable jurisdiction noted, 428 U. S. 908.]   Motion of American Public Health Assn. et al. for leave to file a brief as *amici curiae* granted.

No. 75–503.   Cook et al. *v.* Hudson et al.   C. A. 5th Cir.   [Certiorari granted, 424 U. S. 941.]   Motion of petitioners for divided argument denied.

No. 75–636.   International Brotherhood of Teamsters *v.* United States et al.; and

No. 75–672.   T. I. M. E.–DC, Inc. *v.* United States et al.   C. A. 5th Cir.   [Certiorari granted, 425 U. S. 990.] Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted.

No. 75–708.   Marks et al. *v.* United States.   C. A. 9th Cir.   [Certiorari granted, 424 U. S. 942.]   Motion of Citizens for Decency Through Law, Inc., for leave to file a brief as *amicus curiae* denied.